USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/22/2022_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIA MARETT, Individually and as representative of a class of similarly situated persons

                    Plaintiff,

-against-

THOR-LO, INC. a/k/a Thorlo,

                    Defendant.

18 Civ. 7032 (AT)

**ORDER OF DISMISSAL**

ANALISA TORRES, District Judge:

      On December 3, 2018, the Court agreed to retain jurisdiction over this action until October 31, 2021, to enforce Section 2(C) of the settlement agreement. ECF No. 18. That date has since passed with no application for an extension of the Court's jurisdiction. Accordingly, the Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: March 22, 2022
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge